United States District Court
Southern District of Texas
**ENTERED**
September 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTOPHER FREDERICK §<br>§<br>Plaintiff. §<br>§<br>VS. §<br>§<br>BP CORPORATION NORTH §<br>AMERICA, INC., *et al.*, §<br>§<br>Defendants. § | CIVIL ACTION NO. 4:20-CV-03477 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On July 12, 2022, Defendants BP Corporation North America, Inc. and BP Exploration & Production, Inc.'s Motion for Summary Judgment (Dkt. 33) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 35. Judge Edison filed a Memorandum and Recommendation on August 18, 2022, recommending the motion be **GRANTED**. Dkt. 37.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 37) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)   Defendants BP Corporation North America, Inc. and BP Exploration & Production, Inc.'s Motion for Summary Judgment (Dkt. 33) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 7th day of September 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE